FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 18- CR18-00828-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |
| STEVEN JAMES GUTIERREZ, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about October 7, 2018, in Ventura County, within the Central District of California, defendant STEVEN JAMES GUTIERREZ ("GUTIERREZ") knowingly possessed a firearm, namely, a Smith & Wesson Model MP 40 Shield .40 caliber pistol, bearing serial number HXP6619, and ammunition, namely, one round of Winchester Military Ammunition .40 caliber ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant GUTIERREZ had been convicted of at least one felony crime punishable by a term of imprisonment exceeding one year, namely, Possession of a Controlled

Substance While Armed, in violation of California Health and Safety Code 11370.1(a), and Possession of a Machine Gun, in violation of California Penal Code 32625(a), in the Superior Court for the State of California, County of Ventura, Case Number 2017022098, on or about July 12, 2017.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

AGUSTIN D. OROZCO
Assistant United States Attorney
General Crimes Section