# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: <u>Renee Fisher</u>　　　　　　　　Date: <u>June 8, 2021</u>
　　　　　　　Deputy Clerk

**SUBJECT: <u>REQUEST FOR CALENDAR DATE</u>**

| NAME<br>Steven James Gutierrez | DOCKET NO.<br>2:18-CR-00828-DSF-1 | BOOKING NO.<br>77203-112 |
|---|---|---|
| DATE IN LOCAL CUSTODY<br>NA | DEFENSE ATTORNEY* MICHAEL L. BROWN<br>TELEPHONE NO.: (213) 894-5327 | |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on July 12, 2021 at 11:00 a.m. A citation will be issued to the offender.

Interpreter Needed?　☐ Yes　☒ No　　Language Type: _____

<u>JENNY ULLOA, 805-644-5028</u>　　　　　　<u>BRANDON SCHNEIDER, 805-644-2067</u>
U. S. PROBATION OFFICER　　　　　　　SUPERVISING PROBATION OFFICER

**FAX NO.** (818) 746-4622

*Routing of Request:*　Orig. To Clerk's Office　　*Copies to:* U. S. Attorney (Chief, Criminal Division)
　　　　　　　　　　　　　　　　　　　　　　　　　　Federal Public Defender (Chief Deputy)

---

## FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Dale S. Fischer, United States District Judge on <u>July 12, 2021</u> at <u>11:00</u> a.m./p.m. in Courtroom No. <u>7D</u>.

CLERK, U. S. DISTRICT COURT

Date <u>June 8, 2021</u>　　　　　　　　　　By <u>Derek Davis</u>
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

*Routing on Notice by Clerk:*　Original -　Court File　　　　　　　　　　　　　　☒
　　　　　　　　　　　　　　　cc:　U. S. Probation & Pretrial Services Office　　　☒
　　　　　　　　　　　　　　　　　U. S. Attorney, Attn: Chief, Criminal Division　☒
　　　　　　　　　　　　　　　　　*Defense Attorney*　　　　　　　　　　　　　　☐
　　　　　　　　　　　　　　　　　*Federal Public Defender, Attn: Chief Deputy*　☒
　　　　　　　　　　　　　　　　　U. S. Marshal (Warrant Cases only)　　　　　　☐
　　　　　　　　　　　　　　　　　*Interpreter Section, Clerk's Office (When needed)*　☐

#

SUP 216
1/10/07