## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 18-00828-DSF |
| Date | July 12, 2021 |

**Present: The Honorable** DALE S. FISCHER, United States District Judge

**Interpreter** N/A

| Derek Davis | Pat Cuneo | Marina A Torres - VTC |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | S/R | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Steven James Gutierrez – VTC | √ | | √ | Michael L. Brown, DFPD - VTC | √ | √ | |

**Proceedings:** PRELIMINARY REVOCATION OF SUPERVISED RELEASE (Non-Evidentiary - Held and Completed)

The matter is called and counsel state their appearances. Also present is Jenny Ulloa, USPO. The Court and counsel confer. The defendant is sworn and the defendant admits allegations one, two, three, four, and six as set forth in the Petition on Probation and Supervised Release, filed June 15, 2021. As stated in court and on the record, allegation 3 is amended as follows:

"Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before November 23, 2020, Steven Gutierrez used cannabinoids as evidenced by initial laboratory analysis of his urine sample and the offender's written and verbal admission of use of that substance."

The Court questions the defendant regarding his waiver of his right to a revocation hearing and his admissions of having violated the terms and conditions of his supervised release. The Court finds that defendant entered his admissions freely and voluntarily, with a full understanding of the allegations against him and the consequences of his admissions. The Court also finds that the defendant understands his constitutional and statutory rights and wishes to waive them and that the defendant is in violation of the terms and conditions of his supervised release. The Court orders the admissions accepted and entered.

At defense counsel's request, the Court continues sentencing to September 27, 2021 at 10:00 a.m.